UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

IN RE:  McCAULEY, WILLIAM WESLEY        Case No. 15-40965-7
_____

MOTION OF DEBTOR TO APPROVE ASSUMPTION OF CONTRACT

COMES NOW, the Debtor, by counsel, John R. Hooge, and hereby requests the Court to approve the Debtor's assumption of the contract for cell phone service from the creditor, Verizon, as the Debtor can afford the monthly payments.

_____s/ John R. Hooge_
John R. Hooge #09798
2619 W. 6th St., Suite D
Lawrence, Kansas 66049
Ph: (785) 842-1138
Fax: (785) 865-2966
Attorney for Debtor

assume.cell mot